

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

### No. 08-25-00083-CV

---

The University of Texas at El Paso, Appellant

v.

Sergio Aranda, Appellee

---

On Appeal from the County Court at Law No 3
El Paso County, Texas
Trial Court No. 2023DCV2363

---

### JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 12th day of November 2025.


                                        MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox, J., and Longoria, J. (Ret.)
Longoria, J. (Ret.) (sitting by assignment)
Palafox, J., dissents without opinion.